LAWRENCE G. BROWN
Acting United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2766
Facsimile:  (916) 554-2900
Email:  todd.pickles@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERIE A. ANDERSON, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | CASE NO.  2:08-CV-01444 JAM EFB<br><br>**STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFFS' SECOND CAUSE OF ACTION WITH PREJUDICE** |

**STIPULATION**

Plaintiffs Cherie A. Anderson, Matt Anderson, Don Anderson, George Anderson, and Michael Anderson ("Plaintiffs"), and the United States of America, Defendant in this action, hereby stipulate that Plaintiffs' Second Cause of Action is DISMISSED WITH PREJUDICE against the United States of America.

IT IS SO STIPULATED.

DATED: February 23, 2009    LAWRENCE G. BROWN
                   Acting United States Attorney
              By:  */s/ Todd Pickles*
                   TODD A. PICKLES
                   Assistant United States Attorney
                   Attorneys for Defendants the United States of America

STIP & [PROPOSED] ORDER OF DISMISSAL OF  1
PLAINTIFFS' SECOND COA WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED: February 23, 2009          WILCOXEN CALLAHAN MONTGOMERY & DEACON

2                                    By:    /s/ Walter H. Loving
3                                           WALTER H. LOVING, III
                                            Attorneys for Plaintiffs
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP & [PROPOSED] ORDER OF DISMISSAL OF          2
PLAINTIFFS' SECOND COA WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Having read and considered the parties' Stipulation For Dismissal Of Plaintiffs' Second Cause Of Action With <u>Prejudice</u>, and for good cause showing with terms that are proper,

IT IS HEREBY ORDERED THAT Plaintiffs' Second Cause of Action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Date: 02/24/2009                              /s/ John A. Mendez_____

                                                        Hon. John A. Mendez
                                                       United States District Judge
                                                       Eastern District of California

1

PDF created with pdfFactory trial version www.pdffactory.com