1  LAWRENCE G. BROWN
Acting United States Attorney
2  TODD A. PICKLES
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA  95814
4  Telephone: (916) 554-2766
Facsimile:  (916) 554-2900
5  Email:  todd.pickles@usdoj.gov

6  Attorneys for the United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  CHERIE A. ANDERSON, *et al.*,            CASE NO.  2:08-CV-01444 JAM EFB

12                         Plaintiffs,        **STIPULATION AND ORDER TO**
                                             **CONTINUE DISCOVERY DATES**
13  v.

14  UNITED STATES OF AMERICA,

15                         Defendant.

16

17

18         Plaintiffs Cherie A. Anderson, *et al*., and Defendants the United States of America and Longs

19  Drugs Stores, Inc., through their respective counsel, hereby submit the following stipulation to continue

20  discovery dates.

21                            **Recitals**

22         1.      On March 20, 2009, this Court's Order set the following dates for the completion of

23  discovery, including expert discovery:

24            Expert Disclosures:                          July 30, 2009
              Rebuttal or Supplemental Expert Disclosures:  August 31, 2009
25            Discovery Cut-off:                           October 30, 2009

26         2.      The parties have worked diligently to complete discovery, including participating in

27  written discovery, serving subpoenas on third parties, and taking the deposition of Plaintiff Cherie

28
STIPULATION & PROPOSED ORDER
TO CONTINUE DISCOVERY DATES            1

PDF created with pdfFactory trial version www.pdffactory.com

1   Anderson.

2        3.    Plaintiffs have informed the United States that they intend to take the depositions of Drs.

3   Chakravarthy Maddipati, M.D., and Dr. Amul Garg, M.D.  These doctors provided medical care to the

4   decedent Michael Duane Anderson, and their care, in part, is the subject of the above-captioned action.

5        4.    Dr. Maddipati is presently on an extended overseas visit to friends and family that was

6   planned many months ago.  He is set to return to the United States in mid-August, 2009.

7        5.    Based on Dr. Maddipati's anticipated return date, the United States has agreed to produce

8   Dr. Maddipati and Dr. Garg for deposition in Chico, California on August 24, 2009.

9        6.    Although these depositions will occur within the time set by the Court for completion of

10  discovery, they will not be completed before the date for disclosure of expert witnesses.  The testimony of

11  Drs. Maddipatti and Garg is likely to be relevant to the expert opinions in this matter.

12       7.    The parties believe it is in the interests of justice to complete the depositions of Drs.

13  Maddipati and Garg prior to the date for disclosure of experts.

14       8.    The parties do not seek to change any remaining dates, including dates for dispositive

15  motions, pretrial conference, or trial.

16  **Stipulation**

17       Accordingly, based upon the foregoing, the parties hereby STIPULATE that:

18       1.    The date for disclosure of experts under Rule 26(a)(2) shall be continued to September 30,

19  2009;

20       2.    The date for disclosure of rebuttal or supplemental experts under Rule 26(a)(2) shall be

21  continued to October 30, 2009;

22       3.    The deadline for completion of all discovery shall be continued to December 30, 2009; and

23       4.    All remaining pretrial dates shall remain as set by the Court in its March 29, 2009 Order.

24

25

26

27

28

STIPULATION & PROPOSED ORDER
TO CONTINUE DISCOVERY DATES      2

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO STIPULATED.

2  DATED:  July 15, 2009               LAWRENCE G. BROWN
                                       Acting United States Attorney
3

4                          By:        */s/ Todd Pickles*
                                       TODD A. PICKLES
5                                      Assistant United States Attorney

6                                      Attorneys for Defendant the United States of America

7                                      Of counsel:
8                                      J. Patrick Tyrrell
                                       Attorney, Claims and Employment Law Branch
9                                      General Law Division, Dept of Health and Human Svcs
                                       330 Independence Ave SW Rm 4760
10                                     Washington DC 20201

11

12  DATED: July 15, 2009               WILCOXEN CALLAHAN MONTGOMERY & DEACON

13                         By:        */s/ Walter H. Loving*
14                                     WALTER H. LOVING, III

15                                     Attorneys for Plaintiffs

16  DATED: July 15, 2009               DUMMIT, BUCHHOLZ & TRAPP

17                                     RANDALL MCKINNON

18                         By:        */s/  Lawrence R. De Fehr*
19                                     LAWRENCE R. DE FEHR

20                                     Attorneys for Defendant Longs Drugs Stores, Inc.

21

22

23

24

25

26

27

28

STIPULATION & PROPOSED ORDER
TO CONTINUE DISCOVERY DATES             3

**ORDER**

Having read and considered the parties' Stipulation to Continue Discovery Dates, and for good cause showing, IT IS HEREBY ORDERED THAT:

1.     The dates for completion of discovery, including expert discovery, shall be CONTINUED to the dates set forth above; and

2.     All remaining pretrial dates set by this Court's March 20, 2009 Order shall remain UNCHANGED.

IT IS SO ORDERED.


Date: July 16, 2009

/s/ John A. Mendez
Honorable John A. Mendez
District Court Judge
U.S. District Court for Eastern District of California

1