**WILCOXEN CALLAHAN MONTGOMERY & DEACON**
DANIEL E. WILCOXEN, SBN 054805
WALTER H. LOVING, III, SBN 109348
2114 K Street
Sacramento, California 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

Attorneys for Plaintiffs CHERIE ANDERSON,
MATT ANDERSON, DAWN ANDERSON,
GEORGE ANDERSON  and  MICHAEL ANDERSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERIE A.  ANDERSON, MATT ANDERSON, DAWN ANDERSON, GEORGE ANDERSON  and MICHAEL ANDERSON, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendants. <br> _____/ | Civil No.  .  2:08-CV-01444 JAM-JEM <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties, through their respective counsel, hereby stipulate that the Complaint in this action and all amended complaints, shall be dismissed, with prejudice, as to LONGS DRUG STORES INC., only.   It is further stipulated that each party is to bear its own costs, including attorney's fees.

Dated: December 16, 2009         WILCOXEN CALLAHAN  MONTGOMERY & DEACON


                                  */s/ Walter H. Loving, III*
                                  Walter H. Loving, III
                                  Attorneys for Plaintiffs CHERIE ANDERSON,
                                  MATT ANDERSON, DAWN ANDERSON,
                                  GEORGE ANDERSON  and  MICHAEL ANDERSON

///

| | | |
|---|---|---|
| 1 | Dated: December 16, 2009 | DUMMIT, BUCHHOLZ & TRAPP |
| 2 | | |
| 3 | | */s/ Lawrence R. De Fehr* |
| | | Lawrence R. De Fe Fehr |
| 4 | | Attorneys for Defendant, |
| | | LONGS DRUG STORES, INC. |
| 5 | | |
| 6 | Dated: December 16, 2009 | ASSISTANT UNITED STATES ATTORNEY |
| 7 | | |
| 8 | | |
| | | */s/ Todd A. Pickles* |
| 9 | | Todd A. Pickles |
| | | Attorney for Defendant, |
| 10 | | UNITED STATES OF AMERICA |

ORDER

IT IS SO ORDERED.

Dated: December 16, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

---

2

**STIPULATION FOR DISMISSAL WITH PREJUDICE**