1 **WILCOXEN CALLAHAN MONTGOMERY & DEACON**
DANIEL E. WILCOXEN, SBN 054805
2 WALTER H. LOVING, III, SBN 109348
2114 K Street
3 Sacramento, California 95816
Telephone: (916) 442-2777
4 Facsimile: (916) 442-4118

5 Attorneys for Plaintiffs CHERIE ANDERSON,
MATT ANDERSON, DAWN ANDERSON,
6 GEORGE ANDERSON and MICHAEL ANDERSON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| CHERIE A. ANDERSON, MATT ANDERSON, DAWN ANDERSON, GEORGE ANDERSON and MICHAEL ANDERSON, | Civil No. . 2:08-CV-01444 JAM-JEM |
|---|---|
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

The parties, through their respective counsel, hereby stipulate that the Complaint in this action and all amended complaints, shall be dismissed, with prejudice, in its entirety. It is further stipulated that each party is to bear its own costs, including attorney's fees.

Dated: April 8, 2010       WILCOXEN CALLAHAN MONTGOMERY & DEACON

                           */s/ Walter H. Loving, III*
                           Walter H. Loving, III
                           Attorneys for Plaintiffs CHERIE ANDERSON,
                           MATT ANDERSON, DAWN ANDERSON,
                           GEORGE ANDERSON and MICHAEL ANDERSON

///

1

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | Dated: April 8, 2010 | ASSISTANT UNITED STATES ATTORNEY |

                                */s/ Todd A. Pickles*
                                Todd A. Pickles
                                Attorney for Defendant,
                                UNITED STATES OF AMERICA

## ORDER

IT IS SO ORDERED.

Dated: April 30, 2010

                                /s/ John A. Mendez
                                JOHN A. MENDEZ
                                UNITED STATES DISTRICT JUDGE

**STIPULATION FOR DISMISSAL WITH PREJUDICE**